**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Kamsoth Pet
Petitioner

V.

CIVIL ACTION

NO. 1:25-cv-13737-ADB

David Westling et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated January 12, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

January 12, 2026
Date

/s/Caetlin McManus
Deputy Clerk